No. 98–5376. MARTIN v. OHIO. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 98–5378. MOORING ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 98–5379. MAXWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 98–5382. MINCEY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–5383. BAYRAMOGLU v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5384. CLEMMONS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 98–5385. RIEARA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 98–5386. SCOTT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5387. SMITH v. SAPP, COMMISSIONER, KENTUCKY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 98–5388. PROSSER v. WEEKS ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 98–5389. GREEN v. TASKER ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–5390. HALL v. IEYOUB, ATTORNEY GENERAL OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5391. GLOSTER v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–5392. GORDON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 98–5393. DEHLER v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.